

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| JUAN MEDINA BUENO, | § | |
| Appellant, | § | No. 08-15-00211-CR |
| | § | Appeal from the |
| v. | § | 292nd District Court |
| THE STATE OF TEXAS, | § | of Dallas County, Texas |
| State. | § | (TC# F-1160087-V) |
| | § | |

# **O R D E R**

The Court GRANTS the Court Reporter's request for an extension of time within which to file the Reporter's Record until **January 15, 2016.** NO FURTHER REQUESTS FOR EXTENSION OF TIME TO FILE THE REPORTER'S RECORD WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that Kelly Simmons, Court Reporter for the 292nd District Court, for Dallas County, Texas, prepare the Reporter's Record for the above styled and numbered cause, and forward the same to this Court on or before **January 15, 2016.**

IT IS SO ORDERED this 29th day of December, 2015.

PER CURIAM

Before McClure, C.J., Rodriguez, and Hughes, JJ.